■ ELAINE TARSHISH, Appellant, v ASSOCIATED DRY GOODS CORPORATION, Doing Business as LORD & TAYLOR, et al., Respondents. (Action No. 1.) ELAINE TARSHISH, Appellant, v PORT AUTHORITY OF NEW YORK AND NEW JERSEY et al., Respondents. (Action No. 2.) [648 NYS2d 298] —Order, Supreme Court, New York County (Beverly Cohen, J.), entered March 31, 1995, which, *inter alia*, denied plaintiff's application for consolidation of the two actions, unanimously affirmed, without costs.

The motion court properly exercised its discretion in deny-

ing consolidation of the actions. Consolidation would be highly prejudicial to the common defendant. Ogden-Allied Maintenance Corp. since "[p]resentation of both claims to the same jury would tend to bolster each claim, to defendants' disadvantage" (*Bradford v Coleman Catholic High School*, 110 AD2d 965, 966). We also note that the two actions are at very different stages of the litigation process (*see, Dias v Berman*, 188 AD2d 331). We find plaintiff's remaining contentions to be without merit. Concur—Milonas, J. P., Wallach, Nardelli, Tom and Mazzarelli, JJ.